ANTHONY DELIA, as Administrator, etc., of ANTHONY DELIA, JR., Appellant, v. DOMENICA DE SENA, Respondent.— Order denying motion to strike out the defense contained in defendant's answer affirmed, without costs. No opinion. Carswell, Davis, Johnston, Adel and Close, JJ., concur.

MICHAEL DIPALMA, an Infant, by JAMES DIPALMA, His Guardian ad Litem, and JAMES DIPALMA, Appellants, v. H. KENNEY SONS, INC., Respondent, and WILLIAM J. KENNEY, Defendant.— In an action to recover for personal injuries to the infant plaintiff, and for loss of services, judgment dismissing the complaint at the close of plaintiffs' case affirmed, with costs. No opinion. Davis, Adel and Taylor, JJ., concur; Hagarty and Carswell, JJ., dissent.

FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, as Trustee for ANNA M. TOWN and GEORGE H. TOWN, under the Will of John J. TOWN, Deceased, Respondent, v. LOUIS FRIEDMAN REALTY Co., INC., Appellant, and Others, Defendants.— In an action to foreclose a mortgage on real property, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

HARRIET FRIEDMAN and PHILIP FRIEDMAN, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— The plaintiff wife, a young woman, was slightly injured on the hand when the defendant's span wire supporting its trolley wire fell and hit her. Septicaemia followed shortly after, and there were four operations to relieve this condition. The result was a scarred, mutilated hand, with the middle finger stiff. In this action by her and her husband they have verdicts for $10,000 and $1,000 respectively. Judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.